**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS GARCIA RODRIGUEZ,<br><br>　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>JAMES JANECKA, *et al*.,<br><br>　　　　　　　　　Respondents. | Case No. 5:26-cv-02918-DMK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Petitioner Juan Carlos Garcia Rodriguez is a citizen of Mexico who was previously placed in removal proceedings, and then granted release on bond as of late 2014.  ECF 1 at 2.  He has been detained in the custody of Immigration and Customs Enforcement (ICE) since being stopped in his vehicle by ICE officers on May 22, 2026.  *Id.*  At the time of his arrest and subsequent detention, Petitioner was not informed of the basis for his arrest, and was never given a pre-deprivation hearing.  *Id.* at 14-15.

Through a counseled habeas petition, Petitioner alleges that his detention violates the Fourth Amendment, the Administrative Procedure Act, and his right to procedural due process under the Fifth Amendment.  *Id.* at 16-25.  In their answer

to the petition, Respondents state that they "are not presenting an opposition argument at this time." ECF 16 at 2.   The Court thus construes the petition as unopposed.

So construed, the petition under 28 U.S.C. § 2241 is **GRANTED**.  Petitioner Juan Carlos Garcia Rodriguez (A092 185 785) is hereby **ORDERED RELEASED** from ICE custody immediately on conditions of release no more restrictive than those in effect when he was most recently detained.  Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: July 2, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE

2