JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUAN CARLOS GARCIA
RODRIGUEZ,

     Petitioner,

   v.

JAMES JANECKA, *et al*.,

     Respondents.

Case No. 5:26-cv-02918-DMK

**JUDGMENT**

  IT IS HEREBY ADJUDGED that the Petition is GRANTED.

  Respondents shall immediately release Juan Carlos Garcia Rodriguez (A092 185 785) from custody on conditions of release no more restrictive than those in effect when she was most recently detained, and immediately return any confiscated property and documents to Petitioner upon release.

  Respondents shall file a notice of compliance by July 9, 2026.

DATED: July 2, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE